No. 79–5784.  EVANS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5794.  RICHMAN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–5806.  HUNT *v.* NUCLEAR REGULATORY COMMISSION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–5879.  STEBBINS *v.* GOVERNMENT EMPLOYEES INSURANCE Co.  C. A. D. C. Cir.  Certiorari denied.

No. 79–5883.  MONTALBANO *v.* NEW JERSEY.  Super Ct. N. J.  Certiorari denied.

No. 79–5893.  YOUNG *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 79–5895.  BROWN *v.* HILTON, PRISON SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–5897.  DRAPER *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 79–5898.  VON ARX *v.* HARRISBURG STATE HOSPITAL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–5905.  SKOLNICK *v.* INDIANA ET AL.  Ct. App. Ind. Certiorari denied.

No. 79–5908.  GREEN *v.* WALTERS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 79–5909.  KIRKLAND *v.* LEEKE, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–5910.  COLE *v.* FORD, JUDGE.  Ct. App. Tenn.  Certiorari denied.